UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 18CR3937-AJB |
| v. | ORDER AND JUDGMENT DISMISSING INDICTMENT |
| DAVID URBINA-VALLESILLO, | |
| Defendant | |

Based on the Motion of the United States and for good cause shown, leave of court is granted, and IT IS ORDERED THAT the complaint in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 13, 2018

Hon. Anthony J. Battaglia
United States District Judge